**NEXUS BANKRUPTCY**
BENJAMIN HESTON (297798)
100 Bayview Circle #100
Newport Beach, CA 92660
Tel: 951-290-2827
Fax: 949-288-2054
ben@nexusbk.com

Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>ALICE MORRIS,<br><br>Debtor. | Case No.: 6:23-bk-10216-RB<br><br>Chapter 7<br><br>**EX PARTE MOTION FOR ORDER EXTENDING DEADLINE TO FILE CASE COMMENCEMENT DOCUMENTS**<br><br>**(No hearing date required unless ordered)** |

    Debtor, Alice Morris, by and through her counsel, Benjamin Heston, hereby requests that the deadline for filing of the case commencement documents that were not included in the initial filing on January 23, 2023, be extended from January 6, 2023, to January 9, 2023.

    Debtor and her Counsel met several times over the since August of 2022. Since she is elderly and recently widowed, she is not able to easily access a computer, email, text message, and so on. So, all of these meetings have been done in-person which has been quite burdensome for the Debtor.

    During Debtor and Counsel's last meeting, which was during the 14-day deficiency period, all of the necessary case documents were prepared and signed.

    On February 6, 2023, Counsel started to upload these documents through the ECF system. However, after Counsel checked his ECF notice feed the following day (today – February 7, 2023), these documents were not showing as being filed, and the Court's official docket reflected the same, As such, on February 7, 2023, Counsel filed the remaining case

1

commencement documents.

If this case is dismissed, it would cause major issues for the Debtor who is elderly, extremely *not* tech-savvy, and has issues getting around town and signing documents. Additionally, quite a bit of work in this case was ensuring that the Means Test was extremely accurate, given that Debtor receives multiple sources of retirement income.

Although it appears that the remaining case commencement documents were filed today on January 7, 2023, it is respectfully requested that the deadline for filing these documents be extended to January 9, 2023, so that Counsel can review the docket to ensure that all of the documents filed today were done so properly.

Date: February 7, 2023

NEXUS BANKRUPTCY

_____
BENJAMIN HESTON,
Attorney for Debtor