| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| NEXUS BANKRUPTCY<br>BENJAMIN HESTON (297798)<br>100 Bayview Circle #100<br>Newport Beach, CA 92660<br>Tel: 951-290-2827<br>Fax: 949-288-2054<br>ben@nexusbk.com<br><br>☐ *Debtor(s) appearing without an attorney*<br>☒ *Attorney for:* Debtor | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

| In re:<br><br>ALICE MORRIS<br><br><br><br><br><br><br>                                        Debtor(s). | CASE NO.: 6:23-bk-10216-RB<br>CHAPTER: 7<br><br>**NOTICE OF MOTION FOR ORDER WITHOUT A HEARING**<br><br>**[LBR 9013-1(p) or (q)]**<br><br>[No hearing required] |
|---|---|

**TO THE U.S. TRUSTEE AND ALL PARTIES ENTITLED TO NOTICE, PLEASE TAKE NOTICE THAT:**

1. Movant(s) Alice Morris, Debtor                                                                                                              ,
filed a motion or application (Motion) entitled  EX PARTE MOTION FOR ORDER EXTENDING DEADLINE TO FILE
CASE COMMENCEMENT DOCUMENTS (Docket #12); and SUPPLEMENTAL DECLARATION (Docket #13)      .

2. Movant(s) requests that the court grant the motion without a hearing as provided for in:

   ☐ LBR 9013-1(p), which, in addition to notice via Notice of Electronic Filing, requires the motion to be served on additional parties as specified in LBR _____; or

   ☒ LBR 9013-1(q), which requires service of the motion only on parties via Notice of Electronic Filing.

3. The motion is based upon the legal and factual grounds set forth in the motion.  (*Check appropriate box below*):

   ☒ The full motion is attached to this notice; or

   ☐ The full motion was filed with the court as docket entry # 12  , and a detailed description of the relief sought is attached to this notice.

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                                  Page 1                                      **F 9013-1.2.NO.HEARING.NOTICE**

4. Movant will promptly lodge an order that the court may use to rule on the motion, as the court may rule on the motion without a hearing and without an opportunity for any party to file a request for a hearing,.

Respectfully submitted,

Date: 02/09/2023

_____
Signature of Movant or attorney for Movant

Benjamin Heston
Printed name of Movant or attorney for Movant

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*    Page 2    **F 9013-1.2.NO.HEARING.NOTICE**

**NEXUS BANKRUPTCY**
BENJAMIN HESTON (297798)
100 Bayview Circle #100
Newport Beach, CA 92660
Tel: 951-290-2827
Fax: 949-288-2054
*ben@nexusbk.com*

Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>ALICE MORRIS,<br><br>Debtor. | Case No.: 6:23-bk-10216-RB<br><br>Chapter 7<br><br>**EX PARTE MOTION FOR ORDER EXTENDING DEADLINE TO FILE CASE COMMENCEMENT DOCUMENTS**<br><br>**(No hearing date required unless ordered)** |

    Debtor, Alice Morris, by and through her counsel, Benjamin Heston, hereby requests that the deadline for filing of the case commencement documents that were not included in the initial filing on January 23, 2023, be extended from January 6, 2023, to January 9, 2023.

    Debtor and her Counsel met several times over the since August of 2022. Since she is elderly and recently widowed, she is not able to easily access a computer, email, text message, and so on. So, all of these meetings have been done in-person which has been quite burdensome for the Debtor.

    During Debtor and Counsel's last meeting, which was during the 14-day deficiency period, all of the necessary case documents were prepared and signed.

    On February 6, 2023, Counsel started to upload these documents through the ECF system. However, after Counsel checked his ECF notice feed the following day (today – February 7, 2023), these documents were not showing as being filed, and the Court's official docket reflected the same, As such, on February 7, 2023, Counsel filed the remaining case

1

commencement documents.

If this case is dismissed, it would cause major issues for the Debtor who is elderly, extremely *not* tech-savvy, and has issues getting around town and signing documents. Additionally, quite a bit of work in this case was ensuring that the Means Test was extremely accurate, given that Debtor receives multiple sources of retirement income.

Although it appears that the remaining case commencement documents were filed today on January 7, 2023, it is respectfully requested that the deadline for filing these documents be extended to January 9, 2023, so that Counsel can review the docket to ensure that all of the documents filed today were done so properly.

Date: February 7, 2023

NEXUS BANKRUPTCY

BENJAMIN HESTON,
Attorney for Debtor

**NEXUS BANKRUPTCY**
BENJAMIN HESTON (297798)
100 Bayview Circle #100
Newport Beach, CA 92660
Tel: 951-290-2827
Fax: 949-288-2054
*ben@nexusbk.com*

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>ALICE MORRIS,<br><br>Debtor. | Case No.: 6:23-bk-10216-RB<br><br>Chapter 7<br><br>**DECLARATION IN SUPPORT OF EX PARTE MOTION FOR ORDER EXTENDING DEADLINE TO FILE CASE COMMENCEMENT DOCUMENTS** |

I, Benjamin Heston, declare as follows:

1. I am the attorney for the Debtor, Alice Morris, in this bankruptcy proceeding. I have personal knowledge of all matters stated herein. On all matters stated on information and belief, I believe those allegations to be true. I could competently testify to the allegations contained herein.

2. I have met with the Debtor several times since August of 2022. She is elderly and recently widowed, and not able to easily access a computer, email, text message, and so on. All of these meetings and discussions have been done in-person over the course of the past several months.

3. On January 23, 2023, this case was filed with just the initial commencement documents with the intention of meeting in-person to ensure that the remaining schedules were accurate as of the date of filing.

1

4. During our most recent meeting on January 31, 2023, which was during the 14-day deficiency period, we worked together to prepare all of the necessary case documents to complete the filing.

5. On February 6, 2023, I started to upload these documents through the ECF system as two separate PDF files – one for the remaining schedules and the other for the declaration of Debtor regarding income. I was under the belief that the documents had been filed prior to the expiration of the 14-day deficiency window.

6. The next morning, I checked my ECF feed and found that the documents were not listed. I checked the Court's official docket reflected which the same, Upon realizing this, I immediately re-filed the documents and then filed the Motion to Extend Deadlines.

7. Although the Motion was filed after the expiration of the deadline, there is authority to support that an extension can granted retroactively. In a recent decision of Judge Barash, he noted that "nunc pro tunc or retroactive orders are common in bankruptcy. Among other things, they are available, under appropriate circumstances…" In re Players Poker Club, Inc., 9:21-bk-10357-MB, at 1 (Bankr. C.D. Cal. Feb. 4, 2022).

8. When considering whether to grant such retroactive relief, courts should consider the usual balance of equity, and the harms and benefits of all parties. Here, there would be no harm to creditors or the trustee if the case proceeds. The Debtor would receive a great benefit of having her case proceed as it is currently scheduled. If the case is dismissed, that would be extremely burdensome to the Debtor. This case has been prepared over the course of several months, and dismissal would likely lead to more significant delays and costs.

9. The Debtor is 81 years old, and has been forced into bankruptcy due to her husband's

recent death and the loss of his retirement income and other support. Given the circumstances, it would be equitable and appropriate for the Court to waive the deadline and accept the documents filed on February 7 as docket #10 and 11.

10. Pursuant to Local Bankruptcy Rule 9013-1(q)(4), this motion may be granted without additional notice and without a hearing

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: February 9, 2023

_____
BENJAMIN HESTON

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**100 Bayview Circle, Suite 100**
**Newport Beach, CA 92660**

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF MOTION FOR ORDER WITHOUT HEARING; EX PARTE MOTION TO EXTEND DEADLINE FOR FILING CASE COMMENCEMENT DOCUMENTS; SUPPLEMENTAL DECLARATION IN SUPPORT OF MOTION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 2/9/2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Larry D Simons (TR)    larry@lsimonslaw.com,
c119@ecfcbis.com;nancy@lsimonslaw.com;simonsecf@gmail.com;kareng@lsimonslaw.com
United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 2/9/2023 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**
Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed (state method for each person or entity served):

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 2/9/2023 | **Benjamin Heston** | /s/Benjamin Heston |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

EnerBank USA
650 S Main St Ste 1000
Salt Lake Cty, UT 84101-2844

FOUNDATION FINANCE COMPANY
7802 MEADOW ROCK DRIVE
WESTON WI 54476-5262

CAHP Credit Union
Po Box 276507
Sacramento, CA 95827-6507

Hoffman, Short, Rubin,
Dewinter, Sanderson
1037 Park View Dr
Covina, CA 91724-3750

Rocket Mortgage
Po Box 6577
Carol Stream, IL 60197-6577

Hatman Motorsports
7479 Orangethorpe Ave, Suite A
Buena Park, CA 90621-3374

Wawanesa Insurance
Po Box 82867
San Diego, CA 92138-2867

Visa
900 Metro Center Blvd
San Mateo, CA 94404-2775

Synchrony / Walgreens
200 Wilmot Rd
Deerfield, IL 60015-4620