BENJAMIN HESTON (297798)
Nexus Bankruptcy
100 Bayview Circle #100
Newport Beach, CA 92660
Tel: 951-290-2827
Fax: 949-288-2054
ben@nexusbk.com

Attorney for Debtor,
Alice Morris

**FILED & ENTERED**

**FEB 09 2023**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY hawkinso DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>ALICE MORRIS,<br><br>Debtor. | Case No.: 6:23-bk-10216-RB<br><br>Chapter 7<br><br>**ORDER ON EX PARTE MOTION FOR ORDER EXTENDING DEADLINE TO FILE CASE COMMENCEMENT DOCUMENTS** |

On February 7, 2023, Debtor filed an Ex Parte Motion For Order Extending Time To File The Remaining Case Commencement Documents (docket #12). On February 9, Debtor filed a Supplemental Declaration of Counsel (docket #13); and a Notice of Motion for Order without Hearing (Docket #14).

The Court, having reviewed and considered the Motion and related documents, and for good cause appearing:

\\\

\\\

\\\

\\\

1

**IT IS ORDERED** that:

1. the Motion is granted;

2. the deadline to file case commencement documents is extended to and including **February 9, 2023**; and

3. the case commencement documents filed on February 7, 2023 (docket #10 and 11) are accepted by the Court. The case will proceed as originally set forth and scheduled.

###

Date: February 9, 2023

Magdalena Reyes Bordeaux
United States Bankruptcy Judge