United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 23-10216-RB |
| Alice Morris | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-6 | User: admin | Page 1 of 1 |
| Date Rcvd: Feb 10, 2023 | Form ID: pdf042 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 12, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Alice Morris, 3579 Nelson St, Riverside, CA 92506-3015 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 12, 2023    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 9, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Debtor Alice Morris bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Larry D Simons (TR) | larry@lsimonslaw.com c119@ecfcbis.com;nancy@lsimonslaw.com;simonsecf@gmail.com;kareng@lsimonslaw.com |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |

TOTAL: 3

BENJAMIN HESTON (297798)
Nexus Bankruptcy
100 Bayview Circle #100
Newport Beach, CA 92660
Tel: 951-290-2827
Fax: 949-288-2054
ben@nexusbk.com

Attorney for Debtor,
Alice Morris

**FILED & ENTERED**

FEB 09 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY hawkinso DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| In re: | Case No.:  6:23-bk-10216-RB |
|---|---|
| ALICE MORRIS, | Chapter 7 |
| Debtor. | **ORDER ON EX PARTE MOTION FOR ORDER EXTENDING DEADLINE TO FILE CASE COMMENCEMENT DOCUMENTS** |

  On February 7, 2023, Debtor filed an Ex Parte Motion For Order Extending Time To File The Remaining Case Commencement Documents (docket #12). On February 9, Debtor filed a Supplemental Declaration of Counsel (docket #13); and a Notice of Motion for Order without Hearing (Docket #14).

  The Court, having reviewed and considered the Motion and related documents, and for good cause appearing:

\\\

\\\

\\\

\\\

1

**IT IS ORDERED** that:

1. the Motion is granted;

2. the deadline to file case commencement documents is extended to and including **February 9, 2023**; and

3. the case commencement documents filed on February 7, 2023 (docket #10 and 11) are accepted by the Court. The case will proceed as originally set forth and scheduled.

###

Date: February 9, 2023

*Magdalena Reyes Bordeaux*
Magdalena Reyes Bordeaux
United States Bankruptcy Judge