Certificate Number: 14912-CAC-DE-037324003

Bankruptcy Case Number: 23-10216



14912-CAC-DE-037324003

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 5, 2023, at 8:03 o'clock PM EDT, Alice Morris completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Central District of California.

Date:   April 5, 2023                              By:     /s/Jai Bhatt

Name:  Jai Bhatt

Title:   Counselor